FROM :

FAX NO. :19253628906          Nov. 17 2006 12:11PM P2

11/09/2006 16:21 FAX 4154341370          WILSON ELSER          ☒002

1  RONALD S. BUSHNER (SBN 95763)
   KRISTIN A. WINTER (SBN 218443)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant,
6  IAN MORRISON and
   MSM TRANSPORTATION, INC.
7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10  MARIO SEROPIAN and CARMEN          )  Case No. C 06-3000 SBA.
    SEROPIAN,                          )
11                                     )
                                       )  STIPULATION AND ORDER EXTENDING
12             Plaintiffs,             )  THE DEADLINE FOR MEDIATION
                                       )
13       v.                            )
                                       )
14  IAN MORRISON and MSM               )  Superior Court of Alameda County Case No.
    TRANSPORTATION, INC. ("Doe 1") and )  RG05213453
15  DOES 2 to 100,                     )
                                       )
16             Defendants.             )
                                       )
17  ─────────────────────────────────

18

19       IT IS HEREBY STIPULATED by and between plaintiffs MARIO SEROPIAN

20  and CARMEN SEROPIAN and defendants IAN MORRISON and MSM TRANSPORTATION,

21  through their respective counsel of record, as follows:

22       1. The parties agree to extend the deadline for mediation in this matter to January 31, 2007.

23       2. The reasons for the extension are primarily to accommodate the need to complete initial

24  discovery in this matter and to complete plaintiffs' depositions in order that the mediation efforts

25  may be more effective.

26  ///

27  ///

28  ///

─────────────────────────────────────────────────────
                                1
           STIPULATION AND ORDER EXTENDING THE DATE OF MEDIATION

250297.1

FROM :                                          FAX NO. :19253628906                    Nov. 17 2006 12:11PM  P3

11/09/2006  16:21 FAX 4154341370              WILSON ELSER                                              ☒ 003

1    **IT IS SO STIPULATED.**

2

3

4    DATED: _November 9, 2006            WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP

5

6                                        By: _____
                                             RONALD S. BUSHNER

7                                            KRISTIN A. WINTER
                                             Attorneys for Defendant

8                                            IAN MORRISON and
                                             MSM TRANSPORTATION, INC.

9

10   DATED: NOV  9 _____, 2006        ROBERT ANAYA, ESQ.

11                                       ROBERT BURNS BOSTWICK, ESQ.

12

13                                       By: _____
                                             Attorneys for Plaintiff

14                                           MARIO SEROPIAN AND
                                             CARMEN SEROPIAN

15

16

17   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19

20   DATED: __12/5/_____, 2006          _____
                                         United States District Court Judge

21                                       Northern District of California

22

23

24

25

26

27

28
─────────────────────────────────────────────────────────
                                          2
            STIPULATION AND ORDER EXTENDING THE DATE OF MEDIATION
     250297.1